**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**BIG STONE GAP DIVISION**

| | | |
|---|---|---|
| **JUSTIN E. ADAMS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 2:18CV00001 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **NANCY A. BERRYHILL,** | ) | By:  James P. Jones |
| **ACTING COMMISSIONER** | ) | United States District Judge |
| **OF SOCIAL SECURITY,** | ) | |
| | ) | |
| Defendant. | ) | |

It appearing that no objections have been timely filed to the Report filed April 29, 2019, setting forth the findings and recommendations of the magistrate judge, it is **ORDERED** as follows:

1.     The Report and its findings and recommendations are wholly ACCEPTED and APPROVED;

2.     The Motion for Summary Judgment by the Acting Commissioner of Social Security is GRANTED;

3.     The Motion for Summary Judgment by the plaintiff is DENIED.

4.     A final judgment will be entered herewith.

ENTER:  May 14, 2019

/s/  James P. Jones
United States District Judge